## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.

MARCIA FERREIRA DE ALMEIDA

    Defendant

MJ # 04-14

## APPOINTMENT OF FEDERAL DEFENDER

### CHARLES McGINTY

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **AUGUST 6, 2004** to represent said defendant in this cause until further order of the Court.

                              TONY ANASTAS
                              CLERK OF COURT

            By:   /s/ Maria Simeone
                    Courtroom Deputy
                    The Honorable Lawrence P. Cohen

DATE: 8/9/04

(Appt Fed def.wpd - 11/98)                                                    [koapptpd.]