UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>MARCIA FERREIRA DE ALMEIDA )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CRIMINAL NO. 04-10266-RWZ<br>VIOLATIONS:<br><br>**COUNTS ONE-FOUR**<br>**18 U.S.C. §1028(a)(2)**<br>(Transfer of False<br>Identification<br>Documents) |

INDICTMENT

The Grand Jury charges as follows:

**COUNTS ONE-FOUR**
**18 U.S.C. §1028(a)(2)**
**(Transfer of False Identification Documents)**

On or about the dates listed below, at Fall River, in the District of Massachusetts,

MARCIA FERREIRA DE ALMEIDA

the defendant herein, did knowingly transfer false identification documents, to wit, counterfeit Social Security account number cards and counterfeit alien registration cards, knowing that such documents were produced without lawful authority.

| COUNT | DATE | DOCUMENTS |
|---|---|---|
| ONE | May 4, 2004 | Two Social Security account number cards and two alien registration cards |
| TWO | May 25, 2004 | Four Social Security account number cards and Four alien registration cards |
| THREE | June 9, 2004 | Four Social Security account number cards and Four alien registration cards |
| FOUR | July 19, 2004 | Two Social Security account number cards and two alien registration cards |

All in violation of Title 18, United States Code, Section 1028(a)(2) and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**

### (18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 1028(b)(5) -- Criminal Forfeiture)

The Grand Jury further charges that:

1. As a result of the offense alleged in Counts One through Four of this indictment,

MARCIA FERREIRA DE ALMEIDA

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. §982(a)(2)(B) any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the offenses, and, pursuant to 18 U.S.C. § 1028(b)(5), any personal property used or intended to be used to commit the offenses. Such property includes, but is not limited to, the following:

    a. $4,390.00 in U.S. Currency seized from the defendant's residence on August 6, 2004; and

    b. One HP laptop computer "Pavilion zv5000" and one laptop power supply cord seized from the defendant's residence on August 6, 2004.

All in violation of Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1028(b)(5).

A TRUE BILL

*/s/ Irene Burke*
**FOREPERSON OF THE GRAND JURY**

*/s/ Dana Sacco*
**ASSISTANT U.S. ATTORNEY**

DISTRICT OF MASSACHUSETTS; September ___/___, 2004

Returned into the District Court by the Grand Jurors and filed.

*/s/ Thomas Quinn*
**DEPUTY CLERK**
3:20 pm

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: Fall River    Category No. II    Investigating Agency ICE

City   Fall River     Related Case Information:

County   Bristol     Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number   04-M00014-LPC
Search Warrant Case Number   04-M00015-LPC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Marcia Ferreira de Almeida     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   486 Hope Street, Apartment 7, Fall River, MA

Birth date (Year only): 1973   SSN (last 4 #): ____   Sex f   Race: ____   Nationality: Brazil

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Dena T. Sacco     Bar Number if applicable _____

Interpreter: ☒ Yes   ☐ No    List language and/or dialect:   portuguese

Matter to be SEALED: ☐ Yes   ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: August 6, 2004

☒ Already in Federal Custody as   pretrial detainee   in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony four

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 1, 2004    Signature of AUSA: *Dena Sacco*

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Marcia Ferreira de Almeida _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1028(a)(2) | knowingly transferring false documents | One through Four |
| Set 2  18 U.S.C. 1028(b)(5) and | 982(a)(2)(B) Criminal Forfeiture | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**