*Office of Investigations*

U.S. Department of Homeland Security
10 Causeway Street, Room 722
Boston, MA 02222



# U.S. Immigration and Customs Enforcement

November 2, 2004

United States District Court
Criminal Clerk's Office
United States Courthouse
One Courthouse Way
Boston, MA 02210

To Whom it May Concern:

Per a request from the Immigration and Customs Enforcement Trial Attorney Unit, could you please provide ICE with a certified copy of the J&C and certified copy of the indictment for criminal case number 04-10266-RWZ. The defendant in this case was Marcia FERREIRA DE ALMEIDA, and this individual made her plea on October 18, 2004, at U.S. District Court in Boston, MA. Please contact S/A Thomas Ohlson, SAC/Boston, at (617) 565-1587 if you have any questions.

Thank you for your assistance in this matter.

Sincerely,

*Thomas Ohlson*

Thomas Ohlson
Special Agent